# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EDWARD ANDERSON, ET AL.,**

CASE NO: **2:18−CV−00714−JAM−AC**

v.

**EDWARD D. JONES &AMP; CO., L.P., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/12/2019**

 

**Marianne Matherly**
Clerk of Court

ENTERED:  **November 12, 2019**

by: /s/ M. York
Deputy Clerk